IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JTH TAX, INC. d/b/a
LIBERTY TAX SERVICE

VS.                              CIVIL ACTION NO. 2:09CV134-WAP-DAS

NAYYER MAHMOOD, SEHR MAHMOOD,
and FIRST FINANCIAL, INC.

## **ORDER**

This matter is before the court on motion of the defendants to substitute Michael K. Graves and William B. Palmertree for Gary A. Bryant as counsel (# 71). After considering the motion, the court finds it to be well taken.

IT IS, THEREFORE, ORDERED that the defendants' motion to substitute counsel and allow withdrawal of counsel (# 71) is hereby GRANTED. Gary A. Bryant is hereby allowed to withdraw and William B. Palmertree and Michael K. Graves are now counsel of record for the defendants.

SO ORDERED, this the 14th day of August 2009.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE