# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

JTH TAX, INC. d/b/a
LIBERTY TAX SERVICE,                                                    PLAINTIFF,

VS.                                                  CIVIL ACTION NO. 2:09CV134-P-S

NAYYER MAHMOOD,
SEHR MAHMOOD, and
FIRST FINANCIAL, INC.,                                                  DEFENDANTS.

## ORDER

This matter comes before the court upon the defendants' October 12, 2009 Motion to Strike Plaintiff's Motion to Transfer Venue, or, Alternatively, to Stay [92]. After due consideration of the motion and the responses filed thereto, the court finds as follows, to-wit:

Because the court granted the motion to remand pending in the companion case, *First Financial, Inc. v. JTH Tax, Inc., et al.,* Civil Action No. 2:09cv21, on February 22, 2010, the instant motion is moot. Accordingly, it should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The defendants' October 12, 2009 Motion to Strike Plaintiff's Motion to Transfer Venue, or, Alternatively, to Stay [92] is **DENIED**;

(2) The defendants are instructed to respond to the plaintiff's motion to transfer venue by Monday, March 8, 2010. The plaintiff shall file its reply by March 12, 2010; and

(3) The defendants are further instructed to pay particular attention in their response to the forum selection clause in the subject contract.

**SO ORDERED** this the 1st day of March, A.D., 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE