**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**JTH TAX, INC. d/b/a
LIBERTY TAX SERVICE**                                               **PLAINTIFF**

**VS.**                                                                 **CAUSE NO. 2:09-CV-00134-P-S**

**NAYYER MAHMOOD, SEHR MAHMOOD,
and FIRST FINANCIAL, INC.**                                      **DEFENDANTS**
_____

**ORDER GRANTING DEFENDANTS
ADDITIONAL PAGES IN REBUTTAL BRIEF**
_____

THIS MATTER came before this court upon defendants' *ore tenus* Motion For Additional Pages In Rebuttal Brief and, having fully considered the Motion, the court is of the opinion that the Motion is well taken and should be granted. Therefore, it is,

**ORDERED** that Defendants be allowed an extra four (4) pages on which to file its brief in rebuttal to Defendants' responses to Defendants' Motion To Conduct Transfer Related Discovery.

SO ORDERED this the 22nd day of March, 2010.

                                                                        /s/ David A. Sanders
                                                                       UNITED STATES MAGISTRATE JUDGE